# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | | |
| | * | | |
| vs. | * | CR. NO. | 2:90cr20097-2-Ma/EMPHIS |
| | * | | 2:90cr20269-2-Ma/EMPHIS |
| RALPH BERNARD BRUNO | * | | |

FILED BY ___ *MC* ___ DC

05 OCT 31 PM 4: 36

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On October 31, 2005, **Ralph Bernard Bruno** appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. The defendant had previously been advised of his rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733 (1976).

Accordingly, defendant, **Ralph Bernard Bruno** is held to a final revocation hearing before United States District Judge **Samuel H. Mays, Jr.** It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b), (c), and will see that appropriate notices are given.

IT IS SO ORDERED this 31 day of October, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/2/05

/03

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:90-CR-20097 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT