FILED BY _____ DC
05 OCT 31 PM 4:36
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-

**RALPH BERNARD BRUNO**

Case No. 2:90cr20097-03-Ma
Case No. 2:90cr20259-02-Ma

## ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

**DONE** and **ORDERED** in 167 North Main, Memphis, this 31 day of October, 2005.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
RALPH BERNARD BRUNO

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-2-05

/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:90-CR-20097 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT